UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARK A. LONG, on behalf of himself and others similarly situated** | Case No.: 1:17-CV-00142-SEB-TAB |
| **Plaintiff,** | |
| vs. | |
| **MADISON COUNTY SHERIFF (in his Official Capacity)** | |
| **Defendant.** | |

**JOINT NOTICE TO COURT REGARDING REVISED SETTLEMENT DOCUMENTS**

The Plaintiff, Mark A. Long, by counsel, and the Defendant, Madison County Sheriff (in his Official Capacity), by counsel, respectfully submit the following revised documents relating to the Parties' proposed Settlement Agreement and settlement-related documents and exhibits:

1. Settlement Agreement;

2. Index of Exhibits and attached exhibits:

   Ex. A:   Notice of Class and Settlement, with Claim and Opt-Out Forms for mailing;

   Ex. B:   Published Notice for publication (identical to Exhibit A, but not reattached hereto);

   Ex. C:   Preliminary Approval Order;

   Ex. D:   Final Approval Order; and

   Ex. E:   Over Detention Data Charts for 2015, 2016, 2017 and 2018.

The Parties jointly filed their initial settlement documents on October 26, 2021 (D.E. 157), and filed a modification to these documents on October 27, 2021 (D.E. 158).[1] The instant Notice

---

[1] The modification made by D.E. 158 was only to add the correct address information for the Claims Administrator.

and accompanying documents are filed to reflect the removal of an individual mistakenly identified as a class member on the 2017 over-detainee chart (Danquan James Coleman, arrested on January 1, 2017). Mr. Coleman's previously noted over-detention time of 56 hours and 25 minutes has been deducted from the "total over-detention time" in the settlement documents, which also had the effect of modifying the amounts identified for the Settlement Fund. No other substantive changes have been made to the previously filed settlement documents.

        Respectfully submitted,

*/s/ Ilene Smith (w/ permission)*
Christopher Myers, Esq.
Ilene Smith, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
T: (260) 424-0600
Cmyers@myers-law.com
Ismith@myers-law.com
**Counsel for Plaintiff**


*/s/ Curtis M. Graham*
Casey C. Stansbury / #33928-22
Curtis M. Graham / #35016-22
Freeman Mathis & Gary LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
Telephone: (859) 410-7855
Facsimile: (770) 937-9960
cstansbury@fmglaw.com
cgraham@fmglaw.com
**Counsel for Defendant**

## Certificate of Service

I hereby certify that on this 12th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of the foregoing will be sent electronically to counsel of record.

*/s/ Curtis M. Graham*
ATTORNEY FOR DEFENDANT