*FILED ELECTRONICALLY*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **MARK A. LONG, on behalf of himself and others similarly situated** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**MADISON COUNTY SHERIFF (in his Official Capacity)** )<br>)<br>)<br>**Defendant.** ) | **Case No.: 1:17-CV-00142-SEB-TAB** |

**JOINT MOTION TO CONTINUE THE FEBRUARY 25, 2022 FAIRNESS HEARING**

The Plaintiff, Mark A. Long, by counsel, and the Defendant, Madison County Sheriff (in his Official Capacity), by counsel, respectfully request a continuance of the Fairness Hearing currently scheduled for February 25, 2022. In support of this Motion, the parties state as follows:

1. Since the filing of the parties' revised settlement documents (Dkt. 160), the notice required under the Class Action Fairness Act (CAFA) has been provided (Dkt. 161), and the parties have briefed the issue of Class Counsel's Petition for an Interim Award of Attorney's Fees (Dkt. Nos. 162, 165). The parties intend to serve Class Members with the Notice attached hereto as Exhibit A, reflecting the updated amounts requested by Class Counsel.

2. Pursuant to the Court's November 10, 2021 Order, a Fairness Hearing in this class action case is currently scheduled for February 25, 2022 at 10:15 a.m. (Dkt. 159).

3. As provided for in the parties' Settlement Agreement, the Claims Administrator has been working to verify the accuracy of the addresses of Class Members and to find updated addresses for Class Members. However, this task has taken longer than expected, and there are still several tasks to be completed prior to the Fairness Hearing. These tasks include serving Class Members with notice of the settlement and publishing notices in the Indianapolis Star and the Herald Bulletin (the local newspaper for Anderson, Indiana).

4. The parties have been advised that the Claims Administrator's initial address verification has now been completed, and they anticipate the mailed notice will be provided to Class Members within the next 30 days.

5. In order to allow for sufficient time for the mailed notice, published notice and objections to be filed, the parties respectfully request that the February 25, 2022 Fairness Hearing be continued for 90 days.

6. For the reasons stated herein, the Plaintiff and Defendant respectfully request a continuance of the February 25, 2022 Fairness Hearing. A proposed order is attached for the Court's consideration.

Respectfully submitted,

*/s/ Ilene Smith (w/ permission)*
Christopher Myers, Esq.
Ilene Smith, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
T:  (260) 424-0600
Cmyers@myers-law.com
Ismith@myers-law.com
**Counsel for Plaintiff**


*/s/ Curtis M. Graham*
CASEY C. STANSBURY/ #33928-22
CURTIS M. GRAHAM / #35016-22
Freeman Mathis & Gary LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
Telephone: (859) 410-7855
Facsimile: (770) 937-9960
cstansbury@fmglaw.com
cgraham@fmglaw.com
**Counsel for Defendant**

## Certificate of Service

I hereby certify that on this the 7th day of February, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of the foregoing will be sent electronically to counsel of record.

*/s/ Curtis M. Graham*
ATTORNEY FOR DEFENDANT

3