# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK A. LONG, on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CAUSE NO. 1:17-CV-00142-SEB-MG |
| MADISON COUNTY SHERIFF (in his Official Capacity), ) ) ) | |
| Defendant. ) | |

## MOTION TO FILE PARTIES' UPDATED PROPOSED FINAL APPROVAL ORDER

Comes Now Class Counsel, and respectfully moves for leave to file the attached updated Final Approval Order, for the Parties' proposed Class Action Settlement and Fairness Hearing in the above captioned case. The updated Final Approval Order is attached hereto as Exhibit 1, and was made in cooperation with Defendant's counsel Mr. Curt Graham.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

/s/ Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802-2307
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th of May, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Curt M. Graham
Freeman, Mathis & Gary, LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504

                                                        /s/ Christopher C. Myers