*FILED ELECTRONICALLY*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARK A. LONG, on behalf of himself and others similarly situated** ) ) ) | **Case No.: 1:17-CV-00142-SEB-MG** |
| **Plaintiff,** ) ) | |
| **vs.** ) ) | |
| **MADISON COUNTY SHERIFF (in his Official Capacity)** ) ) ) | |
| **Defendant.** ) | |

## JOINT STATUS REPORT

The Plaintiff, Mark A. Long, by counsel, and the Defendant, Madison County Sheriff (in his Official Capacity), by counsel, for their Joint Status Report, state as follows:

1. A Final Approval Order in this class action case was entered by the Court on May 16, 2022. (Dkt. 184).

2. After the entry of the Final Approval Order, the Defendant timely deposited the sum of $622,011.56 to the Claims Administrator (Rust Consulting) and Class Counsel's award of litigation fees and costs was paid.

3. The first round of distribution of settlement funds (general damages) was made by Rust Consulting on July 15, 2022.

4. Class Counsel is currently being provided an opportunity to locate missing Class Members so their damage award checks can be successfully served.

5. The void date on the mailed general damages checks is October 13, 2022. Any uncashed general damages payments will revert back to the Defendant on November 12, 2022.

6. The special damage hearings have been completed and Special Master Erik Chickedantz filed his report relating to those hearings on August 9, 2022. (Dkt. 185-1). Any unawarded special damages from the special damage fund of $200,000 will be returned to the Defendant.

7. Special damage claimant Michele Stevens has objected to her special damage award of $568.75. Special Master Erik Chickedantz was timely notified of Michele Stevens' objection.

8. The parties will file another Joint Status Report on or before November 13, 2022 to update the Court on their progress in resolving this case.

Respectfully submitted,

*/s/ Ilene Smith (w/ permission)*
Christopher Myers, Esq.
Ilene Smith, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
T:  (260) 424-0600
Cmyers@myers-law.com
Ismith@myers-law.com
**Counsel for Plaintiff**


*/s/ Curtis M. Graham*_____
CASEY C. STANSBURY/ #33928-22
CURTIS M. GRAHAM / #35016-22
Freeman Mathis & Gary LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
Telephone: (859) 410-7855
Facsimile: (770) 937-9960

2

          cstansbury@fmglaw.com
          cgraham@fmglaw.com
          **Counsel for Defendant**

## Certificate of Service

I hereby certify that on this the 29th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of the foregoing will be sent electronically to counsel of record.

          */s/ Curtis M. Graham*
          ATTORNEY FOR DEFENDANT