*FILED ELECTRONICALLY*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARK A. LONG, on behalf of himself and others similarly situated** ) ) ) | **Case No.: 1:17-CV-00142-SEB-MG** |
| **Plaintiff,** ) ) ) | |
| **vs.** ) ) ) | |
| **MADISON COUNTY SHERIFF (in his Official Capacity)** ) ) ) | |
| **Defendant.** ) | |

## JOINT STATUS REPORT

The Plaintiff, Mark A. Long, by counsel, and the Defendant, Madison County Sheriff (in his Official Capacity), by counsel, for their Joint Status Report, state as follows:

1. A Final Approval Order in this class action case was entered by the Court on May 16, 2022. (Dkt. 184).

2. After the entry of the Final Approval Order, the Defendant timely deposited the sum of $622,011.56 to the Claims Administrator (Rust Consulting) and Class Counsel's award of litigation fees and costs was timely paid.

3. The first round of distribution of settlement funds (general damages) was made by Rust Consulting on July 15, 2022. Since that time, Class Counsel and Rust Consulting have continued working diligently to locate best addresses for Class Members so their damage award checks could be successfully served.

4. On September 30, 2022, the Court entered an Order directing the Defendant's insurer to pay $5,600 to the Special Master and Class Counsel to pay $800 to the Special Master, as compensation for his services in this case. (Dkt. 189). Those payments have been made.

5. On October 28, 2022, the Court entered an Order approving Class Counsel's Motion for Miscellaneous Relief, which requested a belated payment to Class Member Elizabeth Norrick. (Dkt. 191). That payment has been sent to Ms. Norrick and has been cashed.

6. On November 4, 2022, the parties moved for the entry of an order directing payment of Class Members' special damage awards. (Dkt. 192). This joint motion has not yet been ruled upon, but upon the issuance of an order directing payment, Rust Consulting will issue the payments of the special damage awards.

7. On November 9, 2022, Class Counsel moved the Court for an Order directing re-issuance of general damages payments to Class Members Brooklyn Galbreath, Chester Saunders, Dylan Davis, Shian Mendenhall (two checks), Talas Terry, Bryson Rolling, Tiffany Wilson, Kendrick Weatherspoon, and Shane Owens. (Dkt. 194). These Class Members had not received their general damages settlement checks for various reasons.

8. The current expiration date for outstanding general damages payments is November 14, 2022, and any uncashed checks will be voided on November 15, 2022. However, should the Court grant Class Counsel's November 9, 2022

Motion (Dkt. 194), the nine Class Members identified above will be sent re-issued general damages checks.

9. The parties will file their next status report on or before December 14, 2022.

Respectfully submitted,

*/s/ Ilene Smith (w/ permission)*
Christopher Myers, Esq.
Ilene Smith, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
T: (260) 424-0600
Cmyers@myers-law.com
Ismith@myers-law.com
**Counsel for Plaintiff**

*/s/ Curtis M. Graham*_____
CASEY C. STANSBURY/ #33928-22
CURTIS M. GRAHAM / #35016-22
Freeman Mathis & Gary LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
Telephone: (859) 410-7855
Facsimile: (770) 937-9960
cstansbury@fmglaw.com
cgraham@fmglaw.com
**Counsel for Defendant**

**Certificate of Service**

I hereby certify that on this the 15th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of the foregoing will be sent electronically to counsel of record.

*/s/ Curtis M. Graham*_____
ATTORNEY FOR DEFENDANT