*FILED ELECTRONICALLY*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARK A. LONG, on behalf of himself and others similarly situated** ) ) ) **Plaintiff,** ) ) **vs.** ) ) **MADISON COUNTY SHERIFF (in his Official Capacity)** ) ) ) **Defendant.** ) | **Case No.: 1:17-CV-00142-SEB-MG** |

## JOINT STATUS REPORT

The Plaintiff, Mark A. Long, by counsel, and the Defendant, Madison County Sheriff (in his Official Capacity), by counsel, for their Joint Status Report, state as follows:

1. The parties are in the process of finalizing settlement in this matter, with the assistance of Claims Administrator Rust Consulting.

2. On November 18, 2022, the Court issued an Order (Dkt. 199) directing Claims Administrator Rust Consulting to issue belated payment of general damages awards to nine class members. Those payments have been issued.

3. On December 5, 2022, the Court issued an Order (Dkt. 201) directing Claims Administrator Rust Consulting to issue special damages checks to three special damages claimants as recommended by the Special Master and set forth in the Special Master's August 9, 2022 Report to the Court. The final special damages payments are scheduled to be mailed on or before December 19, 2022.

4. The parties will file their next status report on or before January 13, 2023. Barring unforeseen circumstances relating to mailed payments to class members, the parties believe they will be in a position to finalize settlement and submit dismissal documents in January of 2023.

    Respectfully submitted,

*/s/ Ilene Smith (w/ permission)*
Christopher Myers, Esq.
Ilene Smith, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
T: (260) 424-0600
Cmyers@myers-law.com
Ismith@myers-law.com
**Counsel for Plaintiff**


*/s/ Curtis M. Graham*_____
CASEY C. STANSBURY/ #33928-22
CURTIS M. GRAHAM / #35016-22
Freeman Mathis & Gary LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
Telephone: (859) 410-7855
Facsimile: (770) 937-9960
cstansbury@fmglaw.com
cgraham@fmglaw.com
**Counsel for Defendant**

**Certificate of Service**

I hereby certify that on this the 14th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of the foregoing will be sent electronically to counsel of record.

    ***/s/ Curtis M. Graham*_____**
    ATTORNEY FOR DEFENDANT