*FILED ELECTRONICALLY*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **MARK A. LONG, on behalf of himself and others similarly situated**          )<br>)<br>)<br>**Plaintiff,**          )<br>)<br>**vs.**          )<br>)<br>**MADISON COUNTY SHERIFF (in his Official Capacity)**          )<br>)<br>)<br>**Defendant.**          ) | **Case No.: 1:17-CV-00142-SEB-MG** |

## STATUS REPORT

The Defendant, Madison County Sheriff (in his Official Capacity), by counsel, for his Status Report, states as follows:

1. The parties are in the process of finalizing settlement in this matter, with the assistance of Claims Administrator Rust Consulting.

2. On November 18, 2022, the Court issued an Order (Dkt. 199) directing Claims Administrator Rust Consulting to issue belated payment of general damages awards to nine class members. Those payments have been issued.

3. All special damages payments have been mailed by Rust Consulting, with the exception of one payment (to Lewis Tyrone Jones II). There was a delay in getting Mr. Jones his special damages payment due to his incarceration. Mr. Jones' special damages payment is scheduled to be remailed on January 19, 2023.

4. The parties will file their next status report on or before February 13, 2023.

          */s/ Curtis M. Graham*_____
          CASEY C. STANSBURY/ #33928-22
          CURTIS M. GRAHAM / #35016-22
          Freeman Mathis & Gary LLP
          2525 Harrodsburg Road, Suite 500
          Lexington, KY 40504
          Telephone: (859) 410-7855
          Facsimile: (770) 937-9960
          cstansbury@fmglaw.com
          cgraham@fmglaw.com
          **Counsel for Defendant**

### Certificate of Service

I hereby certify that on this the 13th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of the foregoing will be sent electronically to counsel of record.

          */s/ Curtis M. Graham*_____
          ATTORNEY FOR DEFENDANT