*FILED ELECTRONICALLY*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARK A. LONG, on behalf of himself and others similarly situated** ) ) ) **Plaintiff,** ) ) **vs.** ) ) **MADISON COUNTY SHERIFF (in his Official Capacity)** ) ) ) **Defendant.** ) | Case No.: 1:17-CV-00142-SEB-MG |

## JOINT STATUS REPORT

The Plaintiff, Mark A. Long, by counsel, and the Defendant, Madison County Sheriff (in his Official Capacity), by counsel, for their Joint Status Report, state as follows:

1. On February 9, 2023, the parties were advised by Rust Consulting that all special damages payments have cleared and the outstanding unclaimed general damages have been voided.

2. Rust Consulting is currently preparing a final report that will be filed with the Court within 60 days.

3. The parties are working with Rust Consulting to complete the reversion of unclaimed funds to the Defendant.

4. The parties will file their next (and likely final) status report on or before April 14, 2023.

1

Respectfully submitted,

*/s/ Ilene Smith (w/ permission)*
Christopher Myers, Esq.
Ilene Smith, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
T:  (260) 424-0600
Cmyers@myers-law.com
Ismith@myers-law.com
**Counsel for Plaintiff**


*/s/ Curtis M. Graham*_____
CASEY C. STANSBURY/ #33928-22
CURTIS M. GRAHAM / #35016-22
Freeman Mathis & Gary LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
Telephone: (859) 410-7855
Facsimile: (770) 937-9960
cstansbury@fmglaw.com
cgraham@fmglaw.com
**Counsel for Defendant**

## Certificate of Service

I hereby certify that on this the 13th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of the foregoing will be sent electronically to counsel of record.

*/s/ Curtis M. Graham*_____
ATTORNEY FOR DEFENDANT