*FILED ELECTRONICALLY*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **MARK A. LONG, on behalf of himself and others similarly situated** ) ) ) | **Case No.: 1:17-CV-00142-SEB-MG** |
| **Plaintiff,** ) ) | |
| **vs.** ) ) | |
| **MADISON COUNTY SHERIFF (in his Official Capacity)** ) ) ) | |
| **Defendant.** ) | |

**NOTICE REGARDING COMPLIANCE WITH FINAL APPROVAL ORDER**

The Defendant, Madison County Sheriff (in his Official Capacity), by counsel, for this Notice regarding compliance with the Final Approval Order, states as follows:

Pursuant to the Final Approval Order (D.E. 184, Page ID #1684), attached hereto as Exhibit A is the Declaration of Jason M. Stinehart, Program Manager at Rust Consulting, Inc.

        */s/ Curtis M. Graham*
        CASEY C. STANSBURY/ #33928-22
        CURTIS M. GRAHAM / #35016-22
        Freeman Mathis & Gary LLP
        2525 Harrodsburg Road, Suite 500
        Lexington, KY 40504
        Telephone: (859) 410-7855
        Facsimile: (770) 937-9960
        cstansbury@fmglaw.com
        cgraham@fmglaw.com
        **Counsel for Defendant**

2

## **Certificate of Service**

I hereby certify that on this the 21st day of March, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of the foregoing will be sent electronically to counsel of record.

*/s/ Curtis M. Graham*
ATTORNEY FOR DEFENDANT